FILED: August 15, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1622 (L)
(1:20-cv-00610-LO-IDD)

_____

DEWBERRY ENGINEERS INC., a New York corporation

       Plaintiff - Appellee

v.

DEWBERRY GROUP, INC., f/k/a Dewberry Capital Corporation, a Georgia corporation

       Defendant - Appellant

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing a Petition for Rehearing and/or Rehearing En Banc to September 6, 2023.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk