FILED: September 19, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1622 (L)
(1:20-cv-00610-LO-IDD)

_____

DEWBERRY ENGINEERS INC., a New York corporation

       Plaintiff - Appellee

v.

DEWBERRY GROUP, INC., f/k/a Dewberry Capital Corporation, a Georgia corporation

       Defendant - Appellant

_____

No. 22-1845
(1:20-cv-00610-LO-IDD)

_____

DEWBERRY ENGINEERS INC., a New York corporation

       Plaintiff - Appellee

v.

DEWBERRY GROUP, INC., f/k/a Dewberry Capital Corporation, a Georgia corporation

       Defendant - Appellant

―――――――――――――

O R D E R

―――――――――――――

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Gregory, Judge Thacker, and Judge Quattlebaum.

                                               For the Court

                                               /s/ Nwamaka Anowi, Clerk